**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

UNDER SEAL

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| CR 16-0227 RS | REDACTED |
| 16-MC-80263 LB/WHA | In the matter of the search of content stored at premises controlled by Google, Inc. and further described in Attachment A |

### ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

( )   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

( )   ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

( X )   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: 5/17/17

RICHARD SEEBORG
United States District Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CONTENT STORED AT PREMISES CONTROLLED BY GOOGLE, INC. AND FURTHER DESCRIBED IN ATTACHMENT A | Case No.16-mc-80263-LB  (RS)<br>CR 16-0227 RS<br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/17/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Sun Pak
U.S. Department of Justice Criminal Division
1301 New York Ave., NW
Washington, DC 20005

Catherine Alden Pelker
Department of Justice Computer Crime & Intellectual Property Section
1301 New York Avenue,
N.W. Suite 600
Washington, DC 20005

John Randall Tyler
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

Julie Erin Schwartz
Perkins Coie, LLP
3150 Porter Drive
Palo Alto, CA 94304

Merry Jean Chan
U.S. Attorney's Office Appellate
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94612

Todd M. Hinnen
Perkings Coie LLP
1201 Third Ave. Suite 4900
Seattle, WA 98101

William Frentzen
U.S. Attorney's Office, NDCA Gang Strike Force Unit
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: 5/17/2017

Susan Y. Soong
Clerk, United States District Court

*Corinne Lew*
By:_____
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG

2