BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WIL FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

FILED

AUG 09 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO: CR 16-00227 SI |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO SEAL AFFIDAVITS OF AUSA WILLIAM FRENTZEN AND HOMELAND SECURITY INVESTIGATIONS SPECIAL AGENT MICHAEL DELANEY RELATED TO THE EXTRADITION OF DEFENDANT ALEXANDER VINNIK AND [~~PROPOSED~~] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK. | UNDER SEAL |
| Defendants. | |

MOTION TO SEAL

13-mj

1  The United States hereby moves the Court for an order sealing this Motion and Order, and the
2  Affidavits of AUSA William Frentzen and Homeland Security Investigations Special Agent Michael
3  Delaney related to the extradition of Defendant Alexander Vinnik, with the exception that the
4  documents be available for the purpose of extradition proceedings by foreign authorities. Exposure of
5  the extent of the government's investigation at this time would negatively impact further investigation
6  into additional targets and criminal conduct that could be compromised by disclosure of the entirety of
7  the affidavits at this time.

8
9  Date: August 9, 2017                     Respectfully Submitted,
10                                          BRIAN J. STRETCH
                                            United States Attorney
11
12
                                            WILLIAM FRENTZEN
13                                          Assistant United States Attorney

14
                        **[PROPOSED] ORDER**
15
       Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, and
16
   the Affidavits of AUSA William Frentzen and Homeland Security Investigations Special Agent Michael
17
   Delaney related to the extradition of Defendant Alexander Vinnik shall be filed and kept under seal by
18
   the clerk of the Court until further order of the Court, other than use with foreign authorities for the
19
   purpose of extradition. The Court hereby further **ORDERS** that any representative of the United States
20
   Attorney's Office or the Homeland Security Investigations, shall be allowed to obtain a copy of the
21
   affidavits without further order of the Court.
22

23
24  Dated: August 9/7, 2017
25                                          HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
26

27

28

MOTION TO SEAL