ORIGINAL

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-6748
    David.countryman@usdoj.gov

Attorneys for United States of America

FILED
MAR 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> BTC-E, A/K/A CANTON BUSINESS CORPORATION and ALEXANDER VINNIK, <br>     Defendants. | **CASE NO. CR 16-0227 SI** <br><br> **UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** <br><br> **UNDER SEAL** |

15-mjj

ORIGINAL

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-6748
David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BTC-E, A/K/A CANTON BUSINESS CORPORATION and ALEXANDER VINNIK,<br><br>Defendants. | CASE NO. CR 16-0227 SI<br><br>**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**<br><br>**UNDER SEAL** |

The United States of America, by and through Alex G. Tse, Acting United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The superseding indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. § 982(a)(1). The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- Approximately 925.93922019 BTC seized between August 2, 2017 and August 17, 2017;
- Approximately 4036.91817168321 Ethereum seized on August 5, 2017;

Bill of Particulars for Forfeiture of Property
CR 16-0227 SI                                                    1

- Approximately 2249.25 Litecoin seized between August 7, 2017 and August 11, 2017;
- Approximately 284553.52143074 Namecoin seized on August 10, 2017;
- Approximately 1946.609 Novacoin seized on August 7, 2017;
- Approximately 279.05 Peercoin seized on August 11, 2017;
- Approximately 33.03682558 Dash seized between August 7, 2017 and August 11, 2017.

DATED: 3/20/18

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

Bill of Particulars for Forfeiture of Property
CR 16-0227 SI                                            2