FILED

Jan 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CATHERINE ALDEN PELKER (MD)
Trial Attorney

    Department of Justice
    Computer Crime & Intellectual Property Section
    1301 New York Avenue NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 514-1026
    FAX: (202) 514-6113
    Catherine.Pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-00227 RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY** |
| v. | |
| BTC-EM A/K/A CANTON BUSINESS CORPORATION, ANDREY NIKONOROV, STANISLAV GOLOVANOV, and ALEXANDER VIKKIK. | **UNDER SEAL** |
| Defendants. | |

    The United States Attorney Office hereby files this Notice of Appearance to advise the court that Department of Justice Catherine Alden Pelker appears for the United States in this case. Please add her to the list of counsel appearing for the United States and please add her to the list of persons to be noticed.

DATED: January 28, 2021

Respectfully,

DAVID L. ANDERSON
United States Attorney

NOTICE OF APPEARANCE
16-CR-00227 RS

1

1
2                                                    /s/
                                           CATHERINE ALDEN PELKER
3                                          Trial Attorney, Department of Justice
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
16-CR-00227 RS