STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 802-4637
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 04 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BTC-E, A/K/A CANTON BUSINESS CORPORATION,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | No. CR 16-00227 RS<br><br>**NOTICE OF APPEARANCE; LEAD COUNSEL TO BE NOTICED**<br><br>Court: Hon. Richard Seeborg<br><br>(**TO BE FILED UNDER SEAL**) |

PLEASE TAKE NOTICE that Assistant United States Attorney Claudia A. Quiroz hereby enters her appearance as counsel for the United States of America in this case and requests that all notices given or required to be given and all papers served or required to be served upon the United States of America be given to and served upon her. Future notices should be sent to Assistant United States Attorney Claudia A. Quiroz at the following email address: claudia.quiroz@usdoj.gov.

1     In addition, PLEASE TAKE NOTICE that Assistant United States Attorney Claudia A. Quiroz
2 shall be designated as Lead Attorney for the United States of America in this matter.
3     Further, PLEASE TAKE NOTICE that Assistant United States Attorney William Frentzen shall
4 be removed from the list of persons to be noticed in this matter.  Trial Attorney Catherine Pelker shall
5 remain on the list of persons to be noticed.

6 DATED: August 4, 2022                                                Respectfully submitted,

                                                                                 STEPHANIE M. HINDS
                                                                                 United States Attorney

                                                                                 *Claudia A. Quiroz*
                                                                                 CLAUDIA A. QUIROZ
                                                                                 Assistant United States Attorney

NOTICE OF APPEARANCE                             2
CR 16-00227 RS