ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO UNSEAL CASE AS TO DEFENDANTS ANDREY NIKONOROV, STANISLAV GOLOVANOV AND ALEXANDER BUYANOV, AND DOCUMENT NOS. 1-7, 9-13, 15, 18-19; [PROPOSED] ORDER |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

The United States of America ("the government"), through undersigned counsel, respectfully moves this Court to unseal (1) the case against Defendants Andrey Nikonorov, Stanislav Golovanov, and Alexander Buyanov; and (2) Document Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 18, and 19 in

the above-captioned matter.  The reason for the unsealing request is as follows:

<u>Defendants Nikonorov, Golovanov, and Buyanov</u>

When conducting business related to BTC-e, Defendant Alexander Vinnik made efforts to conceal his true identity.  This included appropriating the identities of Andrey Nikonorov, Stanislav Golovanov, and Alexander Buyanov.  On May 31, 2016, a federal grand jury returned an Indictment in this matter against Defendants BTC-e (a/k/a Canton Business Corporation), Andrey Nikonorov, Stanislav Golovanov, Alexander Buyanov, and Alexander Vinnik.  Dkt. No. 1.  Subsequently, on January 17, 2017, the government filed a Superseding Indictment clarifying Vinnik's role in BTC-e, which included actions previously attributed to Nikonorov, Golovanov, and Buyanov.[1]  Accordingly, it is no longer necessary for the case against those individuals to be sealed.

<u>Docket Nos. 1-7, 9-13, 15, 18-19</u>

During a hearing before Hon. Sallie Kim on August 15, 2022, the government moved to unseal the case as to Defendants BTC-E and Alexander Vinnik from docket number 20 onward.  *See* Dkt. Entry No. 22.  Docket entries 1 through 19 remained under seal.  *Id.*  Because at this juncture it is no longer necessary for those documents to be sealed, the government hereby moves to unseal them.

With respect to the remaining document numbers (8, 14, and 16)[2], the government will make a motion to unseal those documents with certain redactions separately, if appropriate.  Accordingly, the government requests that those documents shall remain under seal at this time.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: June 1, 2023

__/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

---

[1] The government previously shared this information with defense counsel.

[2] Document No. 17 was filed in error and removed from the docket.

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the case against Defendants Andrey Nikonorov, Stanislav Golovanov, and Alexander Buyanov be unsealed.

IT IS FURTHER ORDERED that Document Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 15, 18, and 19 in the above-captioned matter shall be unsealed.

IT IS FURTHER ORDERED that Document Nos. 8, 14, and 16 shall remain sealed at this time.

IT IS SO ORDERED.

DATED: _____

HONORABLE SUSAN ILLSTON
United States District Judge