ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI-5 |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME; [PROPOSED] ORDER |
|   v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
|     Defendants. | |

The above-captioned matter is currently set for a motions hearing and trial setting conference on June 9, 2023. At the parties' prior appearance on June 2, 2023, it was stipulated by and between counsel

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5      v. 7/10/2018

for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from June 2, 2023, through June 9, 2023. This time exclusion will allow defense counsel to continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time from June 2, 2023, through June 9, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, time is automatically excluded because defendant's motion to amend the protective order is still to be decided by the Court. 18 U.S.C. § 3161(h)(1)(D). The parties further stipulate and agree that the ends of justice served by excluding the time from June 2, 2023, through June 9, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

ISMAIL J. RAMSEY
United States Attorney

DATED: June 5, 2023

   /s/
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

DATED: June 5, 2023

   /s/
DAVID RIZK
Counsel for Defendant ALEXANDER VINNIK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 2, 2023, through June 9, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time June 2, 2023, through June 9, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 2, 2023, to June 9, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

                         _____
                         HON. SUSAN ILLSTON
                         United States District Judge