1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)
6  Trial Attorney
   Computer Crime & Intellectual Property Section
7  United States Department of Justice

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
9      Telephone: (415) 436-7428
       FAX: (415) 436-7234
10     claudia.quiroz@usdoj.gov
       katherine.lloyd-lovett@usdoj.gov
11     catherine.pelker@usdoj.gov

12 Attorneys for United States of America

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                          SAN FRANCISCO DIVISION
16

17 | UNITED STATES OF AMERICA,           ) NO. CR 16-00227-SI
                                         )
18 |     Plaintiff,                      ) UNITED STATES' MOTION TO FILE
                                         ) REDACTED DOCUMENT NOS. 14 AND 16;
19 |  v.                                 ) [PROPOSED] ORDER
                                         )
20 | BTC-E, A/K/A CANTON BUSINESS        )
     CORPORATION,                        )
21                                       )
   and                                   )
22                                       )
   ALEXANDER VINNIK,                     )
23                                       )
       Defendants.                       )
24 |_____     )

25
26
27
28 UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
   Case No. CR 16-00227-SI                                              v. 7/10/2018
                                         1

The United States of America ("the government"), through undersigned counsel, respectfully requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced action. These documents are currently under seal and no longer need to be sealed except for the redactions set in the proposed versions. The redactions are necessary because they include PII and sensitive witness information that should not be disclosed at this juncture. Proposed redacted versions of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this motion.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: June 9, 2023                    _____/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

### **[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the public record with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED:                                 _____
HONORABLE SUSAN ILLSTON
United States District Judge

UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
Case No. CR 16-00227-SI                                              v. 7/10/2018