UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** June 9, 2023 | **Time:** 11:22 – 11:29<br>7 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.:** 16-cr-00227-SI-5 | **Case Name:** United States v. BTC-E, Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Katie Lloyd-Lovett, Catherine Alden Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Jenny Galang | **Court Reporter:** Ana Dub |
| **Interpreter:** n/a | **Probation Officer:** n/a |

### PROCEEDINGS

Status Conference –Held.

### SUMMARY

Defendant waived his personal appearance. Parties to meet and confer and submit Pretrial conference date.  Jury Trial set for 2/5/2024.

CASE CONTINUED TO: **6/30/2023 at 11:00 AM for In-Person Further Status Conference.**

-----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  6/9/2023
Ends:  6/30/2023
-----------------------------------------------------------------------------------------------------------------