ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00227-SI |
|     Plaintiff, | ) |
| | ) UNITED STATES' MOTION TO FILE |
|   v. | ) REDACTED DOCUMENT NOS. 14 AND 16; |
| | ) [PROPOSED] ORDER |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | ) |
| | ) |
| and | ) |
| | ) |
| ALEXANDER VINNIK, | ) |
| | ) |
|     Defendants. | ) |

1   The United States of America ("the government"), through undersigned counsel, respectfully
2   requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced
3   action.  These documents are currently under seal and no longer need to be sealed except for the
4   redactions set in the proposed versions.  The redactions are necessary because they include PII and
5   sensitive witness information that should not be disclosed at this juncture.  Proposed redacted versions
6   of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this
7   motion.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: June 9, 2023                       _____/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States
Attorney

### [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the public record with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED: June 23, 2023                       _____
HONORABLE SUSAN ILLSTON
United States District Judge