UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 30, 2023     **Time:** 11:24 – 12:07  43 Minutes     **Judge:** SUSAN ILLSTON

**Case No.**: 16-cr-00227-SI-5     **Case Name:** United States v. BTC-E, Alexander Vinnik

**Attorney for Government:** Claudia Quiroz
**Attorney for Defendant:** David Rizk
**Defendant:** [ ] Present   [X ] Not Present
**Defendant's Custodial Status:** [X ] In Custody  [ ] Not in Custody

**Deputy Clerk:** Esther Chung     **Court Reporter:** Belle Ball
**Interpreter:** n/a     **Probation Officer:** n/a

### PROCEEDINGS

Status Conference – Held.

### SUMMARY

Defendant waived his personal appearance.  The Government opposed Defendant's waiver.  The Court indicated that it would like to have Defendant present for all hearings.

The Court discussed the Protective Order and case scheduling.  The attorneys presented their oral arguments and the protective order matter was taken under submission.  The Court instructed D. Rizk to file a Declaration confirming that he discusses what happened at the Status Conference with his client.

Defense agreed to waive time from 6/9/2023 through 2/5/2024.  The Court granted the waiver.  Pretrial Scheduling Order to be issued separately.

---------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  6/9/2023
Ends:  2/5/2024
---------------------------------------------------------------------------------------------------------------