1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)
6  Trial Attorney
   Computer Crime & Intellectual Property Section
7  United States Department of Justice

8       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
9       Telephone: (415) 436-7428
        FAX: (415) 436-7234
10      claudia.quiroz@usdoj.gov
        katherine.lloyd-lovett@usdoj.gov
11      catherine.pelker@usdoj.gov

12  Attorneys for United States of America

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17
    UNITED STATES OF AMERICA,            )   NO. CR 16-00227-SI-5
18                                       )
            Plaintiff,                    )   STIPULATION TO EXCLUDE TIME;
19                                       )   [PROPOSED] ORDER
        v.                               )
20                                       )
    BTC-E, A/K/A CANTON BUSINESS         )
21  CORPORATION,                         )
                                         )
22  and                                  )
                                         )
23  ALEXANDER VINNIK,                    )
                                         )
24          Defendants.                   )
                                         )
25

26      The parties appeared before the Court for a status conference on September 8, 2023.  At that

27  time, a new trial date of September 30, 2024, was set at the request of the parties.  In addition, it was

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                          v. 7/10/2018

1    stipulated by and between counsel for the United States and counsel for the defendant, Alexander

2    Vinnik, that time be excluded under the Speedy Trial Act from September 8, 2023, through September

3    30, 2024.  This time exclusion will allow defense counsel, who have newly appeared in this matter, to

4    prepare, including by reviewing the significant volume of discovery in this matter.  For this reason, the

5    parties stipulate and agree that excluding time from September 8, 2023, through September 30, 2024,

6    will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

7    further stipulate and agree that the ends of justice served by excluding the time from September 8, 2023,

8    through September 30, 2024, from computation under the Speedy Trial Act outweigh the best interests

9    of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

10          Undersigned government counsel certify that they have obtained approval from counsel for the

11   defendant to file this stipulation and proposed order.

12

13   IT IS SO STIPULATED.                              ISMAIL J. RAMSEY
                                                       United States Attorney
14

15

16   DATED:  September 8, 2023              ___/s/_____
                                                       CLAUDIA QUIROZ
17                                                     KATHERINE LLOYD-LOVETT
                                                       Assistant United States Attorneys
18                                                     C. ALDEN PELKER
                                                       Trial Attorney, CCIPS Assistant United States
19                                                     Attorney

20

21   DATED:  September 8, 2023              _____/s/ *Aleksandr Gruzman*
                                                       ALEKSANDR GRUZMAN
22                                                     ARKADY BUKH Counsel for Defendant
                                                       ALEXANDER VINNIK
23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                          v. 7/10/2018

1

**[PROPOSED] ORDER**

2

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3 Court finds that failing to exclude the time from September 8, 2023, through September 30, 2024, would

4 unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

5 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

6 Court further finds that the ends of justice served by excluding the time from September 8, 2023,

7 through September 30, 2024, from computation under the Speedy Trial Act outweigh the best interests

8 of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

9 HEREBY ORDERED that the time from September 8, 2023, to September 30, 2024, shall be excluded

10 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

11

IT IS SO ORDERED.

12

13 DATED: _____

_____

14

HON. SUSAN ILLSTON
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28