ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 16-CR-00227 SI |
|---|---|
| Plaintiff, | ) NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | ) |
| BTC-e, et al., | ) |
| Defendants. | ) |

    The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Katherine Lloyd-Lovett should be removed from the docket as counsel for the government in this matter. Trial Attorneys Claudia Quiroz and Catherine A. Pelker remain as counsel for the United States in this matter.

DATED: January 7, 2025

                                              Respectfully submitted,

                                              ISMAIL J. RAMSEY
                                              United States Attorney


                                              ____/s/_____
                                              KATHERINE M. LLOYD-LOVETT
                                              Assistant United States Attorney